PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE HERNANDEZ MORENO,<br><br>Plaintiff,<br><br>v.<br><br>USCIS, ET AL.,<br><br>Defendant. | CASE NO. 2:24-CV-00525 CKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY ABEYANCE |

The Defendants respectfully request to hold this case in temporary abeyance through December 26, 2024, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on her pending asylum application, which she filed in 2016. USCIS has scheduled Plaintiff's asylum interview for August 28, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days. If USCIS needs to reschedule Plaintiff's interview, it will endeavor to do so within four weeks.

///
///
///
///
///

The parties therefore stipulate that this matter be held in temporary abeyance through December 26, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: April 23, 2024

        PHILLIP A. TALBERT
        United States Attorney

By: /s/ ELLIOT C. WONG
     ELLIOT C. WONG
     Assistant United States Attorney

/s/ JESSICA TAYLOR ARENA
JESSICA TAYLOR ARENA
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated: April 24, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
more24cv525.sa